IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-261 |
| | § § § § | |
| ROSE BEAUDION | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 176 ). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The rearraignment and sentencing hearing is set for **July 30, 2013, at 9:00 a.m.** Defendant will file her motion to waive the PSR by July 15, 2013 and provide a copy to the U.S. Probation Office.

SIGNED on June 20, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge